NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NATHAN KOZIOL,                                )
                                             )
            Appellant,                        )
                                             )
v.                                           )          Case No.  2D18-339
                                             )
STATE OF FLORIDA                             )
                                             )
            Appellee.                         )
                                             )
_____)

Opinion filed February 20, 2019.

Appeal from the Circuit Court for
Manatee County; Brian Iten, Judge.

Rachael E. Reese of O'Brien Hatfield
P.A., Tampa, for Appellant.

Ashley Moody, Attorney
General, Tallahassee, and Johnny
T. Salgado, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, LUCAS, and ATKINSON, JJ., Concur.